# EXHIBIT A



**Office of the County Treasurer**
**COOK COUNTY, ILLINOIS**
**COUNTY BUILDING**
**118 N. CLARK STREET, ROOM 212**
**Chicago, Illinois 60602**

**MARIA PAPPAS**
**COUNTY TREASURER**

**Directions:** This receipt MUST be signed by the tax buyer. Attach this receipt to the top of your complete packet. A tax buyer is not eligible to bid and the Cook County Collector will neither acknowledge nor accept any bid from a tax buyer who does not sign this receipt.

1. I have received a copy of the Tax Sale Rules and Regulations.

2. I have read and understand the Tax Sale Rules and Regulations.

3. I agree to comply with these Rules and Regulations.

4. I have received the 2002 Annual Tax Sale Registration Forms, the Acknowledgement of Single, Simultaneous Bidder Rule, and this Receipt.

_____, VP
(Tax Buyer Signature)

Dated: 4/16/2004

**(please print)**

**TAX BUYER NAME:** HEARTWOOD 88 LLC

**ADDRESS:** P.O. Box 5707

Fort Lauderdale, FL 33310

**TELEPHONE:** (954) 760-5245

**FACSIMILE:** (954) 760-5524

**E-MAIL:** mdeluca@bankatlantic.com

**REGISTRATION #:** 02-050

Maria Pappas
Cook County Treasurer and Ex-Officio County Collector
Cook County, Illinois

## 2002 Annual Tax Sale Registration

__02-050__
Registration Number

### Section I

**REGISTERED TAX BUYER** – Legal entity to which Certificates of Purchase will be issued:

Name: __HEARTWOOD 88 LLC__

Address: __P.O. Box 5707__

City: __Fort Lauderdale__  State: __FL__  Zip: __33310__

Telephone: __(954) 760-5245__  FAX: __(954) 760-5524__

E-Mail: __mdeluca@bankatlantic.com__  SSN: _____

FEIN: __30-0147777__

### Section II

**AUTHORIZED BIDDERS** – Only the following individuals are authorized to bid on behalf of and bind the above-named Tax Buyer (**Remember to attach photocopy of all bidders' photo identification**):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. Michael G. DeLuca  SSN: [redacted] | 421 N.E. 25th Terrace  Boca Raton, FL 33431 | (561) 362-9292  (954) 337-5788 (fax) |
| 2. Paul J. Del Bianco  SSN: [redacted] | 1800 N. Andrews Ave 11H  Fort Lauderdale, FL 33311 | (954) 760-5561 |
| 3.  SSN: | | |
| 4.  SSN: | | |

---

**FOR OFFICE USE ONLY**

[ ] LOC  [✓] CC  [ ] MO  [ ] BOND   $ __2,000,000.00__

[✓] Registration signed by all bidders  [✓] ID for all bidders

INITIAL REVIEW BY: __C mD__   APPROVED BY: __EH__

1

## Section III

Identify the legal status of the tax buying entity named in Section I (<u>Select ONLY one</u>):

Individual ☐   Assumed Name ☐   Partnership ☐

Limited Partnership ☐   Corporation/LLC [X]   501(c)(3) ☐

If you selected "Individual", <u>you may skip to Section V</u>.

## Section IV

If you are buying under an **Assumed Name**, please provide the following:

County/State in which your Assumed Name is filed: _____
Name of person buying under assumed name: _____
Address of person: _____ City: _____
State: _____ Zip: _____ Telephone: _____
FAX: _____ E-Mail: _____

For each person having an ownership or profit sharing interest in the Assumed Name entity, give the following information (use an additional sheet of paper if necessary):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. _____<br>SSN: _____ | _____ | _____ |
| 2. _____<br>SSN: _____ | _____ | _____ |
| 3. _____<br>SSN: _____ | _____ | _____ |

If the tax buyer is a **Partnership**, please provide the following regarding ALL PARTNERS (general, limited, equity or other) (use an additional sheet of paper if necessary):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. _____<br>SSN: _____ | _____ | _____ |

2

2. _____
SSN: _____

3. _____
SSN: _____

If the tax buyer is a **Limited Partnership/LLP**, please provide the following:

State in which Limited Partnership or LLP is registered: _____
Name of the Registered Agent or Officer: _____
Address of Registered Agent or Officer: _____
_____

In addition, give the following information for each member of the Limited Partnership/LLP (use an additional sheet of paper if necessary):

Member Name/SSN       Address       Telephone, FAX & E-Mail

1. _____
SSN: _____

2. _____
SSN: _____

3. _____
SSN: _____

If the tax buyer is a **Corporation/LLC**, please provide the following:

State of Incorporation: Florida    Year of Incorporation: 2001
Is the Corporation in Good Standing: (Yes) / No
If the Corporation is not an Illinois Corporation, is the Corporation licensed to do business in Illinois: (Yes) / No
Is the Corporation Publicly Held: Yes / (No)

Name of Registered Agent: National Registered Agents Inc.
Address of Registered Agent: 208 South LaSalle St., Suite 1855
_____ Chicago, IL 60604

3

For each person with a stock or profit sharing interest in the corporation, please provide the following, (use an additional sheet of paper if necessary):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. BankAtlantic SSN: ▓▓▓▓▓▓▓ | P.O. Box 5707 Fort Lauderdale, FL 33304 | 1-888-413-0881 (954) 760-5245 liensrus@aol.com |
| 2. SSN: | | |
| 3. SSN: | | |

If the tax buyer is a **501(c)(3) Charitable Organization**, please provide the following:

Name of Chief Executive Officer: _____
Address of headquarters: _____

Do you have tax exempt status with the Illinois Department of Revenue?   Yes / (No)

## Section V

## REPRESENTATIONS AND WARRANTIES

I represent and warrant, except as is fully disclosed below, with copies of the documentation of the matters disclosed, that the bidding entity registering to be permitted to participate in the 2002 Annual Sale is not affiliated with any other entity or person registering to bid at the 2002 Annual Sale, in that:

(A) It has no capital, purchase money, or other finances in common with any other bidding entity or person registering to bid at the 2002 Annual Sale;

(B) It shares no common ownership interest or common source of funds with any other bidding entity or person registering to participate at the 2002 Annual Sale;

(C) It has no agreements to purchase or sell any parcels successfully bid on at the 2002 Annual Sale by any other registering bidding entity or person at the 2002 Annual Sale;

(D) It has no agreements to purchase or sell any parcels successfully bid on at the 2002 Annual Sale by any entity or person known to be ineligible to bid at the 2002 Annual Sale;

4

 (E) It does not stand to gain financially pursuant to an agreement with another bidding entity registering for the 2002 Annual Sale concerning parcels to be bid upon or purchased by such other entity at the 2002 Annual Sale.

Explanations, if needed:

_____
_____
_____
_____
_____
_____
_____

Attach additional pages if necessary. Attach exhibits, if any, to application.

> Each of the undersigned states under oath or affirmation pursuant to §1-109 of the Illinois Code of Civil Procedure that all of the information set forth in this registration is true, correct, and complete.

_____ [signature] ,VP_____
Signature of Purchaser

Date: 4/16/2004

Signature(s) of ALL Registered Bidder(s):

1. [signature]
2. [signature] Franco
3. _____
4. _____

5

# EXHIBIT B
# (Redacted)

# EXHIBIT C
# (Redacted)

# EXHIBIT D

Case 1:07-cv-01357 Document 387-4 Filed 02/26/2009 Page 10 of 20

| | |
|---|---|
| **From:** | Jbridgechicago@aol.com |
| **Sent:** | Friday, March 5, 2004 1:55 PM (GMT) |
| **To:** | mdeluca@bankatlantic.com |
| **Subject:** | 2001 Tax Sale Stats |
| **Attach:** | 2001 ANNUAL SALE.xls |

Hope that this is helpful.

    John Bridge

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 |   | COMPANY | CERTIFICATES | DOLLARS | % OF TOTAL CERTS | % OF TOTAL Dollars |   |   |   |
| 2 |   |   |   |   |   |   |   |   |   |
| 3 |   |   |   |   |   |   |   |   |   |
| 4 |   |   |   |   |   |   |   |   |   |
| 5 |   | HEARTWOOD | 876 | $ 6,243,809.35 | 4.13% | 9.68% |   |   |   |
| 6 |   | SABRE | 1013 | $ 3,341,095.94 | 4.77% | 5.18% |   |   |   |
| 7 |   | MDSASS | 829 | $ 2,820,263.73 | 3.90% | 4.37% |   |   |   |
| 8 |   | REGAL | 846 | $ 1,638,034.92 | 3.98% | 2.54% |   |   |   |
| 9 |   | CRONUS | 614 | $ 1,267,539.10 | 2.89% | 1.96% |   |   |   |
| 10 |   | GCI | 570 | $ 1,108,473.56 | 2.68% | 1.72% |   |   |   |
| 11 |   | DRN | 644 | $ 1,095,418.57 | 3.03% | 1.70% |   |   |   |
| 12 |   | PRESPA | 432 | $ 977,958.10 | 2.03% | 1.52% |   |   |   |
| 13 |   | GOTHIC | 555 | $ 887,597.77 | 2.61% | 1.38% |   |   |   |
| 14 |   |   |   |   | 30.044% | 30.041% |   |   |   |
| 15 |   |   |   |   |   |   |   |   |   |
| 16 |   |   |   |   | 7.00% | 5.02% |   |   |   |
| 17 |   |   |   |   | 5.48% | 4.12% |   |   |   |
| 18 |   |   |   |   | 12.48% | 9.14% |   |   |   |
| 19 |   |   |   |   |   |   |   |   |   |
| 20 |   |   |   |   | 6.90% | 6.49% |   |   |   |
| 21 |   |   |   |   | 7.34% | 4.19% |   |   |   |
| 22 |   |   |   |   | 14.24% | 10.68% |   |   |   |
| 23 |   |   |   |   |   |   |   |   |   |
| 24 |   |   |   |   | 3.33% | 4.08% |   |   |   |
| 25 |   |   |   |   | 0.70% | 0.49% |   |   |   |
| 26 |   |   |   |   | 4.04% | 4.57% |   |   |   |
| 27 |   |   |   |   |   |   |   |   |   |
| 28 |   | PHEOENIX BOND | 830 | $ 8,356,034.81 | 3.91% | 12.95% |   |   |   |
| 29 |   | SALTA | 1,243 | $ 4,775,819.46 | 5.85% | 7.40% |   |   |   |
| 30 |   | 1ST NATIONAL ASSET | 837 | $ 4,137,671.68 | 3.94% | 6.41% |   |   |   |
| 31 |   | BCS | 823 | $ 3,660,169.84 | 3.88% | 5.67% |   |   |   |
| 32 |   |   |   |   |   |   |   |   |   |
| 33 |   | MISC. | 995 | $ 1,463,216.95 | 4.69% | 2.27% |   |   |   |
| 34 |   | GLOHRY | 534 | $ 1,048,078.02 | 2.52% | 1.62% |   |   |   |
| 35 |   | FITZ | 252 | $ 808,735.87 | 1.19% | 1.25% |   |   |   |
| 36 |   | SUBURBAN | 348 | $ 749,820.36 | 1.64% | 1.16% |   |   |   |
| 37 |   | BELMONT | 374 | $ 690,018.11 | 1.76% | 1.07% |   |   |   |
| 38 |   | HBZ ( P. Alexander ) | 524 | $ 668,985.27 | 2.47% | 1.04% |   |   |   |
| 39 |   | WEST TOWN | 426 | $ 654,198.87 | 2.01% | 1.01% |   |   |   |
| 40 |   |   |   |   | 39.20% | 45.57% |   |   |   |
| 41 |   |   | 21,232 | $ 64,513,318.86 |   |   |   |   |   |
| 42 |   |   |   |   |   |   |   |   |   |
| 43 |   |   |   |   |   |   |   |   |   |
| 44 |   |   | 59.00% | % of 1,2,3 we wanted |   |   |   |   |   |
| 45 |   |   |   |   |   |   |   |   |   |
| 46 |   |   | 52.88% | % of 1,2,3 we wanted |   |   |   |   |   |
| 47 |   |   |   |   |   |   |   |   |   |
| 48 |   |   | 77.88% | items over 20K we wanted |   |   |   |   |   |
| 49 |   |   |   |   |   |   |   |   |   |

HWED00108833

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 50 |   |   | 91.87% | items over 10k we wanted |   |   |   |   |   |

HWED00108834

| | |
|---|---|
| From: | Michael DeLuca |
| Sent: | Friday, March 5, 2004 3:21 PM (GMT) |
| To: | 'Jbridgechicago@aol.com' |
| Subject: | RE: 2001 Tax Sale Stats |

John,

YOU DID IT !!!!!!!!!!!!!!

Amazing. Thank you.

Michael DeLuca, Vice President
BankAtlantic/Heartwood 88 LLC
Florida's Most Convenient Bank

-----Original Message-----
From: Jbridgechicago@aol.com [mailto:Jbridgechicago@aol.com]
Sent: Friday, March 05, 2004 8:55 AM
To: mdeluca@bankatlantic.com
Subject: 2001 Tax Sale Stats

Hope that this is helpful.

    John Bridge

HWED00080413

# EXHIBIT E

BANKATLANTIC
TAX CERTIFICATE
ILLINOIS PROPOSAL

**Objective**: This year's Cook County (Chicago), Illinois tax sale will begin May 10, 2004. In order to increase our market share in this highly profitable market, we have developed a new strategy that is expected to result in an additional investment of at least $10 – 12 million at a high single-digit to low double-digit yield. We project that this program will generate additional pre-tax earnings of approximately $1 – 1.5 million over the next two years.

**Background**: The Cook County market is extremely competitive, dominated by several large local investors who are primarily interested in acquiring real estate, rather than arbitrage. As a result, interest rates on most tax liens on residential properties open and close at the minimum of 0%. If multiple bidders shout 0%, then the auctioneer will select the successful bidder. This, in effect, creates a round robin type distribution, whereby the best way to increase volume is by having multiple bidders in the room. However, the Treasurer's rules prohibit more than one related entity from bidding at the sale.

The 0% interest rate is acceptable because we are able to post subsequent taxes within one month of the sale and again six months after the sale at a flat rate of 12%, thereby greatly increasing our actual annualized yield to a range of 9-12%. Our research enables us to purchase the tax liens with the highest availability of subsequent taxes. See attached analysis of the results of the portfolios from the last four years.

**Proposal**: While Heartwood 88, LLC will continue to bid at the sale, BankAtlantic will provide financing to two other bidders at the sale. We expect these borrowers to be entities controlled by our Maryland attorneys and/or the principals of Vesta (hereinafter referred to as the "Borrowers"). The Borrowers will execute blanket assignment forms to be held by BankAtlantic for all liens purchased. It is not expected that they will invest any of their own capital. After the completion of the sale, Heartwood 88, LLC will purchase these tax liens at a slight premium to compensate the Borrowers for their efforts.

**Details**:
1. BankAtlantic will perform the following:
    - obtain sale lists
    - coordinate all diligence (with assistance of contractor CMS Services, LLC)
    - prepare bid lists
    - provide and supervise bidders at the sale
    - handle all funding of initial sale deposit and daily purchases through direct payments to the Cook County Treasurer from a BankAtlantic Loan Funding account established at Harris Bank in Chicago
    - secure daily sale receipts

HWED00022653

- at the conclusion of the sale, exchange sale receipts for actual certificates
2. After the conclusion of the tax sale, Heartwood 88, LLC will purchase the tax certificates from the Borrowers with the proceeds used to repay BankAtlantic, after which these certificates will be serviced in the same manner as those purchased directly by Heartwood 88.
3. We expect to again enter into an agreement with CMS Services, LLC whereby CMS will service the tax certificates and purchase the portfolio in full after two years.

**Advantages**: We expect that this arrangement will allow us to double our annual investment in Cook County. Based on historical experience, this will amount to at least an additional $10 - 12 million

**Concerns**: Initially the assets will be in the Borrowers' names. BankAtlantic, however, will directly the pay for the liens and gather and secure the tax sale receipts. These receipts must be presented to obtain a tax certificate approximately 30 days after the conclusion of the tax sale. Tax certificates will not be issued by the county without the original receipts and the original buy list. Upon redemption, the tax certificate must be exchanged to receive the redemption proceeds. Furthermore, the blanket assignment of tax liens from the Borrowers to BankAtlantic and UCC-1 financing statement will protect the Bank's investment. In short, BankAtlantic will have a perfected lien and full custody of the collateral.

We have reviewed the Cook County Treasurer's "Single, Simultaneous related bidding Entity" rule and believe that this arrangement would not be considered a violation. Historically, many bidding entities in the sale have obtained financing from a single source, LaSalle National Bank and many other similar arrangements have not been questioned or prohibited. In the unlikely event that this arrangement is questioned, the only penalty would be to bar the Borrowers from the sale. Purchase and sale of portfolios immediately after the tax sale is common practice in Cook County.

HWED00022654

# EXHIBIT F

| | |
|---|---|
| From: | Michael DeLuca |
| Sent: | Wednesday, July 6, 2005 3:16 AM (GMT) |
| To: | Kevin Sierzega (KCSierz@CMSIL.com); Kevin Sierzega (kev56sich@aol.com) |
| Subject: | Bid Book creation tool add in |
| Attach: | Bid Book Add Ins for Kevin.mdb |

Kevin,

Please delete the following that you copied into your 2003 database from last year:

"BID BOOK for Report" Query
"Create Bid Books" Form
ALL of the bidder bid book Reports
"PRINT ALL BID BOOKS" Macro

Replace them with ALL of the objects in the database attached and everything should work. I think more work needs to be done because you may not have given me complete information on the buyers you will need bid books for? I have room for more buyers and spare bid book reports for additional bid books you may opt for.

IMPORTANT:
I need you to confirm or change the list of buyers below so that Kelly's application will run smoothly and reflect the legal buyers entity names as you would like them recorded. Please return this list to me at your earliest. Thank you.

| Buyers |
|---|
| AZTEK PARTNERS LLC |
| BRB LLC |
| CARPUS LLC |
| CRONUS, LLC |
| G3 HOLDINGS LLC |
| GEORGETOWN INVESTORS LLC |
| GJ VENTURES LLC |
| HEARTWOOD 88, LLC |
| MAKO PROPERTIES LLC |
| MD SASS IV |
| MUDCATS LLC |
| REGAL ONE, LLC |
| TAX PLAY LLC |

PS: In case you cannot get the attachment for any reason this email has been sent to your AOL account as well.

Michael DeLuca, Vice President
BankAtlantic/Heartwood 88 LLC
P.O. Box 5707
Fort Lauderdale, Florida 33310

1-954-940-5484 Voice
1-954-337-5788 Fax
mdeluca@bankatlantic.com

Florida's Most Convenient Bank
Visit us today at www.bankatlantic.com or visit any of our branches 7 days a week!

HWED00102411