IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| Phoenix bond & indemnity co., | ) | |
| BCS SERVICES, INC., | ) | No. 07 C 1367 |
| Plaintiffs, | ) | Chief Judge Holderman |
| V. | ) | Magistrate Judge Maria Valdez |
| Heartwood 88, Inc. et al, | ) | |
| Defendants, | ) | |

FILED
AUG 2 0 2009
AUG 20 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Answer to second Amended Complaint

NOW COMES defendant, Gregory Stec by and through his own person and as for his answer to the Complaint states as follows:

### Nature of Action

1) This is an action to recover alleged damages to plaintiffs suffered as a result of alleged series of fraudulent schemes and collusive bidding in the Cook County Tax Sale.

   **Defendant DENIES the allegations contained in paragraph 1 of the complaint**

2) **Jurisdiction and Venue**

   Defendant ADMITS that this court has proper jurisdiction.

3) Defendant ADMITS that this court is the proper venue.

### Parties

4) Defendant Cannot admit or deny
5) Defendant Cannot admit or deny
6) Defendant Cannot admit or deny
7) Defendant Cannot admit or deny
8) Defendant Cannot admit or deny
9) Defendant Cannot admit or deny
10) Defendant Cannot admit or deny
11) Defendant Cannot admit or deny
12) Defendant Cannot admit or deny

13) Defendant Cannot admit or deny
14) Defendant Cannot admit or deny
15) Defendant Cannot admit or deny
16) Defendant Cannot admit or deny
17) Defendant Cannot admit or deny
18) Defendant Cannot admit or deny
19) Defendant Cannot admit or deny
20) Defendant Cannot admit or deny
21) Defendant Cannot admit or deny
22) Defendant Cannot admit or deny
23) Defendant Cannot admit or deny
24) Defendant Cannot admit or deny
25) Defendant Cannot admit or deny
26) Defendant Cannot admit or deny
27) Defendant Cannot admit or deny
28) Defendant Cannot admit or deny
29) Defendant Cannot admit or deny
30) Defendant Cannot admit or deny
31) Defendant Cannot admit or deny

### Third Party Co-Conspirators

32) Defendant Cannot admit or deny
33) Defendant Cannot admit or deny
34) Defendant Cannot admit or deny
35) Defendant Cannot admit or deny
36) Defendant Cannot admit or deny

### Factual Background to all Counts

37) Defendant Cannot admit or deny
38) Defendant Cannot admit or deny
39) Defendant Admits to the contents of paragraph 39
40) Defendant Admits to the contents of paragraph 40
41) Defendant Admits to the contents of paragraph 41
42) Defendant Admits to the contents of paragraph 42
43) Defendant denies the allegations in paragraph 43
44) Defendant Admits to the contents of paragraph 44
45) Defendant admits to the contents of Paragraph 45
46) Defendant lacks sufficient information to form an opinion onto the truth or lack of Truth of the allegations contained in paragraph 46. Therefore, neither admits nor denies Same but demands strict proof thereof.
47) Defendant lacks sufficient information to form an opinion onto the truth or lack of Truth of the allegations contained in paragraph 46. Therefore, neither admits nor denies Same but demands strict proof thereof.
48) Defendant agrees with contents contained in Paragraph 48
49) Defendant cannot deny or admit contents in paragraph 49

50) Defendant cannot deny or admit contents in paragraph 50
51) Defendant agrees with contents contained in Paragraph 51
52) Defendant cannot deny or admit contents in paragraph 52
53) Defendant cannot deny or admit contents in paragraph 53
54) Defendant cannot deny or admit contents in paragraph 54

### The Cook County Single Simultaneous Bidder Rule

55) Defendant admits to contents in paragraph 55.
56) Defendant admits to contents in paragraph 56
57) Defendant admits to contents in paragraph 57
58) Defendant admits to contents in paragraph 58
59) Defendant admits to contents in paragraph 59

### Sabre's Scheme to Obtain Additional Liens Beyond its Appropriate Portion

60) Defendant cannot deny or admit contents in paragraph 60.
61) Defendant cannot deny or admit contents in paragraph 61
62) Defendant cannot deny or admit contents in paragraph 62
63) Defendant cannot deny or admit contents in paragraph 63
64) Defendant cannot deny or admit contents in paragraph 64
65) Defendant cannot deny or admit contents in paragraph 65

### 2002 Tax Sale

66) Defendant cannot deny or admit contents in paragraph 66
67) Defendant cannot deny or admit contents in paragraph 67
68) Defendant cannot deny or admit contents in paragraph 68
69) Defendant cannot deny or admit contents in paragraph 69
70) Defendant cannot deny or admit contents in paragraph 70
71) Defendant cannot deny or admit contents in paragraph 71
72) Defendant cannot deny or admit contents in paragraph 72

### 2003 Sale

73) Defendant cannot deny or admit contents in paragraph 73
74) Defendant cannot deny or admit contents in paragraph 74
75) Defendant cannot deny or admit contents in paragraph 75
76) Defendant cannot deny or admit contents in paragraph 76
77) Defendant cannot deny or admit contents in paragraph 77
78) Defendant cannot deny or admit contents in paragraph 78
79) Defendant cannot deny or admit contents in paragraph 79
80) Defendant cannot deny or admit contents in paragraph 80
81) Defendant cannot deny or admit contents in paragraph 81
82) Defendant cannot deny or admit contents in paragraph 82
83) Defendant cannot deny or admit contents in paragraph 83
84) Defendant cannot deny or admit contents in paragraph 84
85) Defendant cannot deny or admit contents in paragraph 85
86) Defendant cannot deny or admit contents in paragraph 86

### 2004 Tax Sale

87) Defendant cannot deny or admit contents in paragraph 87

88) Defendant cannot deny or admit contents in paragraph 88
89) Defendant cannot deny or admit contents in paragraph 89
90) Defendant cannot deny or admit contents in paragraph 90
91) Defendant cannot deny or admit contents in paragraph 91
92) Defendant cannot deny or admit contents in paragraph 92
93) Defendant cannot deny or admit contents in paragraph 93
94) Defendant cannot deny or admit contents in paragraph 94
95) Defendant cannot deny or admit contents in paragraph 95
96) Defendant cannot deny or admit contents in paragraph 96
97) Defendant cannot deny or admit contents in paragraph 97
98) Defendant cannot deny or admit contents in paragraph 98
99) Defendant cannot deny or admit contents in paragraph 99
100) Defendant cannot deny or admit contents in paragraph 100
101) Defendant cannot deny or admit contents in paragraph 101
102) N/A
103) N/A
104) N/A
105) N/A
106) Defendant cannot deny or admit contents in paragraph 106
107) Defendant cannot deny or admit contents in paragraph 107
108) N/A
109) Defendant cannot deny or admit contents in paragraph 108
110) N/A
111) Defendant cannot deny or admit contents in paragraph 111
112) Defendant cannot deny or admit contents in paragraph 112
113) Defendant cannot deny or admit contents in paragraph 113
114) Defendant cannot deny or admit contents in paragraph 114
115) Defendant cannot deny or admit contents in paragraph 115

### 2005 Annual Tax Sale

116) Defendant cannot deny or admit contents in paragraph 116
117) Defendant cannot deny or admit contents in paragraph 117
118) Defendant cannot deny or admit contents in paragraph 118
119) Defendant cannot deny or admit contents in paragraph 119
120) Defendant cannot deny or admit contents in paragraph 120
121) Defendant cannot deny or admit contents in paragraph 121
122) Defendant cannot deny or admit contents in paragraph 122
123) Defendant cannot deny or admit contents in paragraph 123
124) Defendant cannot deny or admit contents in paragraph 124
125) Defendant cannot deny or admit contents in paragraph 125
126) Defendant cannot deny or admit contents in paragraph 126
127) Defendant cannot deny or admit contents in paragraph 127
128) Defendant cannot deny or admit contents in paragraph 128
129) Defendant cannot deny or admit contents in paragraph 129
130) Defendant cannot deny or admit contents in paragraph 130

131) Defendant cannot deny or admit contents in paragraph 131

### RICO Predicate Acts

132) Defendant cannot deny or admit contents in paragraph 132
133) Defendant cannot deny or admit contents in paragraph 133
134) Defendant cannot deny or admit contents in paragraph 134
135) Defendant cannot deny or admit contents in paragraph 135
136) Defendant cannot deny or admit contents in paragraph 136
137) Defendant cannot deny or admit contents in paragraph 137
138) Defendant cannot deny or admit contents in paragraph 138
139) Defendant cannot deny or admit contents in paragraph 139

### Count I

140) Defendant agrees with contents contained in paragraph 140
141) Defendant denies allegations in paragraph 141
142) Defendant denies allegations in paragraph 142
143) Defendant denies allegations in paragraph 143
144) Defendant denies allegations in paragraph 144
145) Defendant denies allegations in paragraph 145
146) Defendant denies allegations in paragraph 146
147) Defendant denies allegations in paragraph 147
148) Defendant denies allegations in paragraph 148

### Count II

149) Defendant agrees with contents contained in paragraph 149
150) Defendant denies allegations in paragraph 150
151) Defendant denies allegations in paragraph 151
152) Defendant denies allegations in paragraph 152

### Count III

153) Defendant admits contents in paragraph 153
154) Defendant cannot deny or admit contents in paragraph 154
155) Defendant cannot deny or admit contents in paragraph 155
156) Defendant cannot deny or admit contents in paragraph 156
157) Defendant cannot deny or admit contents in paragraph 157
158) Defendant cannot deny or admit contents in paragraph 159

### Count IV

159) Defendant agrees to contents in paragraph 159
160) Defendant denies allegations in paragraph 160
161) Defendant denies allegations in paragraph 161
162) Defendant denies allegations in paragraph 162

163) Defendant denies allegations in paragraph 163
164) Defendant denies allegations in paragraph 164

<u>**Count V**</u>

165) Defendant agrees with the contents of paragraph 165
166) Defendant cannot deny or admit contents in paragraph 166
167) Defendant cannot deny or admit contents in paragraph 167
168) Defendant cannot deny or admit contents in paragraph 168
169) Defendant cannot deny or admit contents in paragraph 169
170) Defendant cannot deny or admit contents in paragraph 170
171) Defendant denies the allegations in paragraph 171

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Phoenix Bond & Indemnity Co.
**PLAINTIFF**

CASE NO. 07 C 1367

VS.

Heartwood 88, Inc. et al Defs
**DEFENDANT**

## PROOF OF SERVICE

TO: Phoenix Bond & Indemnity Co.

TO: BCS Services INC.

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 3rd day of July, 2009, I served a copy of this Answered Complaint to Complaint Case # 07 C 1367 to each person whom it is directed by way of email to the attorney representing the plaintiff.

Name: Greg Stec
Address: 56__ S. Kensington
City/Zip: La Grange IL 60525
Telephone: 708-288-2117

SIGNATURE / CERTIFICATION

DATE: 8-20-09