UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

BCS Services, Inc., et al.
                    Plaintiff,

v.                                          Case No.: 1:07–cv–01367
                                          Honorable James F. Holderman

Heartwood 88, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2009:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 10/27/2009. Plaintiffs' Motion to Compel Electronic Discovery for HBZ, Inc., Lori Levinson, and Judith Berger [608]; Plaintiffs' Motion to Compel Electronic Discovery from Salta Group, Inc. and Marshall Atlas [609]; and Plaintiffs' Motion to Compel Electronic Discovery from Wheeler Dealer, Ltd. and Timothy E. Gray [610] are entered and continued to 11/3/09 at 9:45 a.m. Defendants' Michael Deluca and Gary Branse Motion to Excuse Personal Attendance [616] is granted. Defendant's oral motion to Excuse Lori Levinson and Marshal Atlas' Personal Appearance is granted. Plaintiff's oral motion to extend time to submit the demand letter by 10/30/09 is granted. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.