IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BCS SERVICES, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 1367 |
| | ) | |
| v. | ) | Chief Judge James Holderman |
| | ) | |
| HEARTWOOD 88, INC., et al., | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

## THE G3 DEFENDANTS' MOTION TO EXCUSE PERSONAL ATTENDANCE

Defendants G3 Holdings, L.L.C. ("G3"), Gregory Wilson ("G. Wilson"), and Donald Grant Wilson ("D. Wilson") (collectively the "G3 Defendants"), by and through the undersigned attorneys, move this Court to excuse D. Wilson from personally attending the settlement conference in the captioned litigation, and in support of this Motion, state as follows:

1. That the above captioned matters are scheduled for settlement conference before this Honorable Court on November 16 and November 17, 2009 in Chicago, Illinois.

2. That Defendant D. Wilson lives and works in McKinney, Texas.

3. That Defendant D. Wilson and Defendant G. Wilson are brothers.

4. That Defendant G. Wilson and the G3 Defendants' attorney, Mark H. How will both be personally attending said settlement conference.

5. That Defendant D. Wilson will be available by telephone during the settlement conference.

WHEREFORE, based upon the foregoing, the G3 Defendants request that Defendant D. Wilson be excused from personal attendance at the November 16 and November 17, 2009 settlement conference in the above matters.

Dated: October 29, 2009          Respectfully submitted,

                MARK H. HOW (admitted *pro hac vice*)
                Texas Bar No. 10059900
                MARK FRELS (admitted *pro hac vice*)
                Texas Bar No. 07438200
                HOW FRELS BERMAN ROHDE WOODS & DUKE
                2027 Young Street
                Dallas, Texas 75201
                214-720-2220 Telephone
                214-720-2240 Facsimile


                By: /s/ E. Bryan Dunigan
                E. BRYAN DUNIGAN
                State Registration No. 0691356
                THE LAW OFFICES OF E. BRYAN DUNIGAN
                221 North LaSalle Street, Suite 1454
                Chicago, Illinois 60601
                312-857-2114 Telephone
                312-372-1733 Facsimile

                ATTORNEYS FOR G3 HOLDINGS, L.L.C.,
                GREGORY WILSON, AND DONALD GRANT WILSON

## CERTIFICATE OF SERVICE

This is to certify that on October 29, 2009, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification to all parties of record by operation of the Court's electronic filing system.


                /s/ E. Bryan Dunigan
                E. BRYAN DUNIGAN