Page 46

1  talking about?                          10:10:19
2  BY MR. MOSKOWITZ:                       10:10:20
3     Q. Either US Bank or MB Financial.   10:10:20
4     A. What's the question?              10:10:24
5     Q. Sure. Is one a payroll account as 10:10:25
6  compared to the other?                  10:10:27
7     A. No.                               10:10:28
8     Q. Are both just checking accounts   10:10:30
9  that the company has?                   10:10:33
10    A. Yes.                              10:10:33
11    Q. Who are the signatories on those  10:10:34
12 checking accounts?                      10:10:36
13    A. Andrew Marks, Stanford Marks,     10:10:37
14 Stephanie Marks, and Eileen Klein. That's 10:10:42
15 as to US Bank. As to MB Financial, I    10:10:47
16 believe it's Andrew Marks and Stanford  10:10:53
17 Marks.                                  10:10:59
18    Q. Why would Stephanie Marks have    10:10:59
19 signature privileges on a company bank  10:11:03
20 account of which she is neither an officer, 10:11:07
21 director, or shareholder?               10:11:11
22    A. There are times when Stanford Marks 10:11:13
23 and Andrew Marks are not in the office, and 10:11:15
24 there are checks that need to be signed. 10:11:19

Page 47

1     Q. And why would Ms. Klein be a     10:11:21
2  signatory on that account?             10:11:24
3     A. For the same reasons.            10:11:25
4     Q. Is Ms. Klein a full-time employee? 10:11:33
5     A. No.                              10:11:35
6     Q. She also works part time?        10:11:36
7     A. Yes.                             10:11:40
8     Q. When does she work?              10:11:41
9     A. Wednesdays and Fridays.          10:11:42
10    Q. And who answers the phones on    10:11:48
11 Monday, Tuesday, and Thursdays?        10:11:51
12    A. I do, Stanford Marks, Alyssa     10:11:53
13 Grabski, Lou Ann Formusa, Stephanie Marks. 10:11:59
14 I think that's it.                     10:12:06
15    Q. Are you there every day?         10:12:07
16    A. Yes.                             10:12:09
17    Q. Is your dad there every day?     10:12:09
18    A. Yes.                             10:12:11
19    Q. Let's go back to our discussion of 10:12:20
20 where you get the money. You have credit 10:12:23
21 lines at various banks?                10:12:25
22    A. Yes.                             10:12:26
23    Q. You have a credit line at US Bank? 10:12:27
24    A. Yes.                             10:12:30

Page 48

1     Q. Do you have a credit line at any 10:12:30
2  other bank besides US Bank?            10:12:33
3     A. Yes.                             10:12:35
4     Q. What bank do you have a credit line 10:12:35
5  besides US Bank?                       10:12:38
6     A. MB Financial Bank.               10:12:40
7     Q. Anywhere else?                   10:12:42
8     A. No.                              10:12:43
9     Q. Have you had credit lines at those 10:12:43
10 two banks since 2000?                  10:12:46
11    A. No.                              10:12:47
12    Q. When did you first obtain a credit 10:12:48
13 line at US Bank?                       10:12:49
14    A. 1979.                            10:12:51
15    Q. Okay. And you had it every year  10:12:56
16 since?                                 10:12:59
17    A. Yes. It wasn't called US Bank in 10:12:59
18 1979.                                  10:13:02
19    Q. Whatever its predecessor name was. 10:13:03
20 What about at MB Financial?            10:13:05
21    A. What's the question?             10:13:07
22    Q. Sure. When did you first start   10:13:07
23 having a credit line at MB Financial?  10:13:10
24    A. 2008.                            10:13:12

Page 49

1     Q. In 2002 what was the credit line at 10:13:15
2  US Bank?                               10:13:18
3     A. I don't recall.                  10:13:19
4     Q. In 2003 what was the credit line at 10:13:21
5  US Bank?                               10:13:24
6     A. I don't recall.                  10:13:24
7     Q. In 2003 what was the credit line -- 10:13:26
8  excuse me -- in 2004 what was the credit 10:13:29
9  line at US Bank?                       10:13:33
10    A. I don't recall.                  10:13:34
11    Q. In 2005 what was the credit line at 10:13:35
12 US Bank?                               10:13:38
13    A. I don't recall.                  10:13:38
14    Q. At 2006 what was the credit line at 10:13:39
15 US Bank?                               10:13:43
16    A. I don't recall.                  10:13:44
17    Q. In 2007 what was the credit line at 10:13:45
18 US Bank?                               10:13:49
19    A. I believe it was 20 million.     10:13:50
20    Q. In 2008 what was the credit line at 10:13:58
21 US Bank?                               10:14:01
22    A. 20 and 25 million.               10:14:01
23    Q. When you say 20 and 25, what does 10:14:04
24 that mean?                             10:14:09

13 (Pages 46 to 49)

digitaldep&video
165 N. Canal St., Chicago, IL 60606 (312)454-6141

Page 50

1　A.　That means for a certain portion of　10:14:10
2　the year, the credit line was 25 million.　10:14:12
3　Q.　And it would go down to 20 for the　10:14:17
4　rest of the year?　10:14:20
5　A.　Yes.　10:14:21
6　Q.　That portion being after the tax　10:14:25
7　sale?　10:14:26
8　A.　Correct.　10:14:27
9　Q.　What about in 2008 at MB Financial?　10:14:43
10　What was your credit line there?　10:14:46
11　MR. QUINN:　Mr. Moskowitz, what's　10:14:49
12　the relevance of this?　10:14:50
13　MR. MOSKOWITZ:　The relevance of　10:14:51
14　that is you have asserted that you can　10:14:52
15　buy --　10:14:54
16　MR. QUINN:　What's the relevance　10:14:54
17　for 2008?　10:14:56
18　MR. MOSKOWITZ:　Okay. I withdraw　10:15:00
19　the question.　10:15:02
20　BY MR. MOSKOWITZ:　10:15:03
21　Q.　Are you a signatory at the US Bank　10:15:10
22　lines of credit?　10:15:15
23　A.　Yes.　10:15:16
24　Q.　Is it a line of credit or just a　10:15:16

Page 51

1　credit facility where you take out the money　10:15:24
2　at one time?　10:15:27
3　A.　I'm not sure I understand what　10:15:27
4　you're asking.　10:15:32
5　Q.　There are various ways you can　10:15:32
6　borrow money. You can borrow money, 20　10:15:34
7　million dollars and they give you a 20　10:15:34
8　million dollar check, and you deposit it　10:15:36
9　into your account and you start paying　10:15:37
10　interest on the 20 million dollars right　10:15:39
11　away or there's a line of credit where you　10:15:40
12　can take out moneys as you need?　10:15:44
13　A.　It's a revolving line of credit.　10:15:46
14　Q.　And who are the signatories on the　10:15:50
15　loans, if you know?　10:15:55
16　A.　Stanford Marks and Andrew Marks.　10:15:56
17　Q.　Is Phoenix Bond a signatory on the　10:16:02
18　credit account?　10:16:06
19　A.　Phoenix Bond is the borrower.　10:16:07
20　Q.　And you are the guarantors or were　10:16:10
21　you a comaker?　10:16:13
22　A.　You who?　10:16:15
23　Q.　You being Andrew Marks and your　10:16:17
24　father, Stanford Marks.　10:16:19

Page 52

1　A.　I am not a guarantor.　10:16:21
2　Q.　So you're a comaker?　10:16:22
3　MR. QUINN:　I'm going to object.　10:16:25
4　Mr. Moskowitz, you asked about signatories.　10:16:26
5　That was your question.　10:16:29
6　MR. MOSKOWITZ:　Signatories and　10:16:30
7　makers.　10:16:31
8　MR. QUINN:　Well, your question was　10:16:33
9　signatories.　10:16:33
10　MR. MOSKOWITZ:　Okay. Let's　10:16:36
11　clarify it so the record is clear.　10:16:37
12　BY MR. MOSKOWITZ:　10:16:38
13　Q.　You know the distinction between a　10:16:39
14　guarantor and a maker, do you not?　10:16:41
15　A.　I know what a guarantor is. By a　10:16:43
16　maker, you mean a signatory?　10:16:46
17　Q.　Signatory, one that is personally　10:16:47
18　liable upfront for the debt.　10:16:50
19　A.　Is that what you're telling me　10:16:53
20　that's what it is?　10:16:55
21　Q.　Yes, that's what I'm talking about.　10:16:55
22　A.　Okay.　10:16:55
23　Q.　Are you a maker or a guarantor?　10:16:56
24　A.　Neither.　10:16:58

Page 53

1　Q.　You are a signatory on the loan?　10:17:00
2　MR. QUINN:　Mr. Moskowitz, I object　10:17:03
3　insofar as you're drawing legal conclusions　10:17:04
4　which I'm not sure are accurate. Perhaps　10:17:08
5　you should ask Mr. Marks on whose behalf he　10:17:11
6　was a signatory.　10:17:15
7　MR. MOSKOWITZ:　I don't think it　10:17:16
8　makes a difference.　10:17:17
9　BY MR. MOSKOWITZ:　10:17:17
10　Q.　To the best of your understanding,　10:17:18
11　are you personally liable for the debt to US　10:17:19
12　Bank?　10:17:22
13　A.　No.　10:17:22
14　Q.　Is anyone personally liable for the　10:17:26
15　debt to US Bank?　10:17:30
16　A.　Yes.　10:17:31
17　Q.　Who?　10:17:31
18　A.　Stanford Marks.　10:17:32
19　Q.　What is the credit facility of US　10:17:35
20　Bank secured by?　10:17:45
21　A.　Cook County tax certificates and　10:17:46
22　subsequent tax receipts.　10:17:50
23　Q.　What about if those tax　10:17:53
24　certificates ripen into a deed, does the　10:17:57

digitaldep&video
165 N. Canal St., Chicago, IL 60606 (312)454-6141

**Page 54**

1  bank get a security interest on that?    10:18:01
2    A. No.    10:18:03
3    Q. Are there any documents that are in    10:18:14
4  the possession of Phoenix Bond which would    10:18:17
5  tell us how much was the credit facilities    10:18:20
6  in the years 2002 through 2006 that you said    10:18:23
7  you did not know?    10:18:29
8    A. Yes.    10:18:29
9    Q. What documents are those?    10:18:30
10   A. That would be the statements from    10:18:31
11 US Bank that relate to an unused line fee    10:18:38
12 that was being charged by US Bank for the    10:18:43
13 unused credit facility. That would indicate    10:18:46
14 the loan amount and loan balances.    10:18:54
15   Q. How about the loan documents    10:18:57
16 themselves? Does Phoenix Bond have a copy?    10:18:59
17   A. Yes.    10:19:02
18   Q. Is your father a guarantor or did    10:19:03
19 he sign personally on the note, if you know?    10:19:08
20   A. Guarantor.    10:19:10
21   Q. Is that guarantee agreement at the    10:19:11
22 offices of Phoenix Bond?    10:19:15
23   A. I believe that it is.    10:19:16
24   Q. This revolving line of credit, has    10:19:18

**Page 55**

1  it been renewed in any particular point in    10:19:22
2  time?    10:19:24
3    A. Yes.    10:19:25
4    Q. And do you have copies of all of    10:19:26
5  the renewals, you being Phoenix Bond?    10:19:29
6    A. Yes.    10:19:31
7    Q. Is this information also set forth    10:19:34
8  in the financial statements of Phoenix Bond?    10:19:36
9    A. I believe that it is.    10:19:39
10   Q. During the sale, as the sale is    10:19:42
11 going on, who kept track of how much money    10:19:56
12 was available?    10:20:00
13   A. Which sale?    10:20:00
14   Q. Any sale. Let's start with the    10:20:01
15 year 2002.    10:20:03
16   A. I don't know that we paid a lot of    10:20:05
17 attention to it.    10:20:10
18   Q. Did there ever come a time that you    10:20:12
19 maxed out on your line of credit?    10:20:15
20   A. Not that I recall.    10:20:17
21   Q. And this line of credit from US    10:20:24
22 Bank was used to buy any and all tax    10:20:38
23 certificates for the years 2002 through    10:20:42
24 2007; is that not correct?    10:20:45

**Page 56**

1    A. Correct.    10:20:47
2    Q. And you had no other lines or other    10:20:48
3  bank credit available for those years to buy    10:20:51
4  tax certificates; is that not correct?    10:20:55
5    A. That's correct.    10:20:57
6    Q. Let's talk about the sales    10:21:12
7  themselves. Who prepared the bid book?    10:21:13
8      MR. LEVINE: Are we off highly    10:21:19
9  confidential?    10:21:21
10     MR. MOSKOWITZ: I don't know. Are    10:21:24
11 we?    10:21:26
12     THE WITNESS: I think it goes to    10:21:26
13 the operation of our business.    10:21:26
14     MR. QUINN: Have you asked the    10:21:26
15 question?    10:21:28
16     MR. MOSKOWITZ: Yes. Who prepared    10:21:29
17 the bid book?    10:21:30
18     MR. ROCHMAN: Don?    10:21:34
19     MR. LEVINE: Yes.    10:21:34
20     MR. ROCHMAN: Just calling to see    10:21:36
21 if we're able to get back in yet?    10:21:39
22     MR. LEVINE: I guess so.    10:21:41
23     MR. ROCHMAN: Are we on break?    10:21:43
24     MR. MOSKOWITZ: No. Hold on. Can    10:21:43

**Page 57**

1  you hear us still?    10:21:48
2      MR. ROCHMAN: Yes, I can hear you.    10:21:54
3      MR. MOSKOWITZ: You're going to go    10:21:56
4  back on the phone.    10:21:59
5      MR. ROCHMAN: Should I call back or    10:21:59
6  are you going to --    10:21:59
7      MR. MOSKOWITZ: We're going to let    10:22:06
8  you know.    10:22:07
9      MR. QUINN: Well, if we're    10:22:10
10 continuing to talk about the operation of    10:22:11
11 the business, then I think we're still in    10:22:12
12 the realm of highly confidential.    10:22:15
13 BY MR. MOSKOWITZ:    10:22:17
14   Q. Who prepared the bid book?    10:22:17
15   A. Andrew Marks and Stanford Marks.    10:22:18
16   Q. Anybody else?    10:22:21
17   A. No.    10:22:21
18   Q. Tell me how you went about    10:22:23
19 preparing a bid book.    10:22:25
20   A. Are you asking me what I did?    10:22:27
21   Q. What the company did.    10:22:30
22   A. Well, the company would research    10:22:33
23 disposition of prior taxes. We would do    10:22:37
24 some title investigation on some of the    10:22:42