# Latimer|LeVay|Jurasek LLC

55 West Monroe Street  phone 312.422.8000
Suite 1100  facsimile 312.422.8001
Chicago, Illinois 60603  www.lljlaw.com

July 21, 2009

**VIA FIRST CLASS MAIL AND E-MAIL**

Mr. John W. Moynihan
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Suite 4000
Chicago, IL 60606-7507

RE: BCS/Phoenix Bond Litigation
    Our File No. 20191-01

Dear John:

As I mentioned to you near the close of the recently concluded Janet Meyers deposition, based upon her testimony and the testimony of Jocelyn Congua Stoller at her recent but as yet uncompleted deposition, it is clear that relevant financial information regarding BCS was not previously provided nor could either testify with respect thereto. Rather, each indicated that the person with that knowledge and the relevant documents was Joanie Fellows, the BCS accountant in Arizona. In light of that testimony, we request that we be provided for calendar years 2002 through 2007 with copies of the financial statements and the tax returns for BCS as described by Ms. Stoller as being in the possession of Ms. Fellows and from which Ms. Stoller testified that the relevant financial information defendants sought with respect to the financial abilities of BCS could readily be ascertained. (The tax returns should include Schedule E from Ms. Stoller's personal returns for that period). At some point we may desire to depose Ms. Fellows with respect to those documents and that information, but we will defer a decision in that regard until we have been afforded an opportunity to review those documents. Please let us know when we can expect receipt of this information pursuant to and under the terms of the Protective Orders in these cases.

In addition, both Ms. Stoller and Ms. Meyers testified that for at least the last two years, written communications via email were exchanged between them regarding the operations of BCS. Little if any of those emails have yet to be produced despite previous formal requests for the same. We therefore also request that copies of all non-privileged emails received or sent by either (or anyone else employed at BCS) during the period 2002 through the present regarding the operations, business or finances of BCS be provided, and that to the extent privileged emails were sent, that a log of the same be presented. Hard copies and the electronic databases should be made available.

Mr. John W. Moynihan
July 21, 2009
Our File No. 20191-01
Page 2

**Latimer|LeVay|Jurasek LLC**

Given the present discovery cut-off date, we ask that this information about which we just became aware at these recent depositions be provided promptly. If you desire to discuss any of these requests, please let me or Harold Moskowitz know.

Sincerely,

Donald B. Levine

DBL/cmc

cc:     To All Parties of Record

## SERVICE LIST

| | |
|---|---|
| *Counsel for Phoenix Bond & Indemnity Co. and BCS Services, Inc.*<br><br>*Counsel for <u>Third Party Defendants</u> Jocelyn Stoller (a/k/a Congua), Stanford Marks and Andrew Marks* | Jonathan S. Quinn<br>John W. Moynihan<br>Andrew L. Mathews<br>**REED SMITH LLP**<br>10 South Wacker Drive, Suite 4000<br>Chicago, Illinois 60606<br>(312) 207-1000<br>(312) 207-6400 (Fax)<br>lsachnoff@reedsmith.com<br>jquinn@reedsmith.com<br>jmoynihan@reedsmith.com<br>amathews@reedsmith.com<br><br>Gregory Michael Reiter<br>Carter & Reiter, LTd.<br>19 South LaSalle, Suite 802<br>Chicago, Illinois 60603<br>(312) 368-9910<br>greiter@sbcglobal.net |
| *Counsel for BCS Services, Inc.* | Jefffrey D. Corso<br>**COONEY CORSO, LLC**<br>4925 Indiana Ave., Suite 101<br>Lisle, Illinois 60532<br>(630) 336-7393<br>(630) 324-7801 (Fax)<br>jcorso@cooneycorso.com |
| *Counsel for Heartwood 88, LLC, Bank Atlantic Bancorp., and Atlantic Municipal Corp.* | Christopher K. Meyer<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>(312) 853-7036 (fax)<br>cmeyer@sidley.com<br><br>Robert A. Holland<br>**SIDLEY AUSTIN LLP**<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>(213) 896-6000<br>(213) 853-7036 (Fax)<br>rholland@sidley.com<br><br>Ana T. Barnett<br>**STEARNS WEAVER MILLER WISSLER ALHADEFF & SITTERSON, P.A.**<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130 |

|  |  |
|---|---|
|  | (305) 789-3514<br>(305) 789-3395 (Fax)<br>abarnett@swmwas.com |
| *Counsel for Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC, Francis Alexander, and Georgetown Investors, LLC Bamp, LLC, Anthony DeLaurentis, Richarony, LLC and Richard Turner* | Elisha S. Rosenblum<br>Clifford G. Kosoff<br>**O'HALLORAN, KOSOFF, GEITNER & COOK, P.C.**<br>650 Dundee Road, Suite 475<br>Northbrook, Illinois 60062<br>(847) 291-0200<br>(847) 291-9230 – (Fax)<br>esrosenblum@okgc.com<br>ckosoff@okgc.com |
| *Counsel for Sass Muni-IV, LLC; and Sass Muni-V, LLC; MD Sass Investors Services, Inc.; MD Sass Tax Lien Management LLC; MD Sass Municipal Finance Partners-IV, LLC; MD Sass Municipal Finance Partners-V, LLC; Vinaya Jessani and Kirk Allison* | Theodore M. Becker<br>Richard J. Pearl<br>Brandon Spurlock<br>**MORGAN LEWIS & BOCKIUS LLP**<br>77 West Wacker Drive, 5th Floor<br>Chicago, Illinois 60601<br>(312) 324-1000<br>(312) 324-1001 (Fax)<br>tbecker@morganlewis.com<br>rpearl@morganlewis.com<br>bspurlock@morganlewis.com |
| *Counsel for Salta Group, Inc., Marshall Atlas* | Steven Rappin<br>Elizabeth Monkus<br>Martin F. Hauselman<br>**HAUSELMAN, RAPPIN & OLSWANG, LTD.**<br>39 South LaSalle Street, Suite 1105<br>Chicago, Illinois 60606<br>(312) 372-2020<br>srappin@hrolaw.com<br>emonkus@hrolaw.com<br>mhauselman@hrolaw.com<br><br>Edward Genson<br>**GENSON & GILLESPIE**<br>53 West Jackson Boulevard, Suite 1420<br>Chicago, Illinois 60604<br>(312) 726-9015<br>gensongillespie@aol.com |

| | |
|---|---|
| *Counsel for HBZ, Inc., Lori Levinson, Joshua Atlas, Arlene Atlas and Judith Berger* | Michael D. Sher<br>Athanasios Papadopoulos<br>Sarah Garner Malia<br>**NEAL, GERBER & EISENBERG LLP**<br>Two North LaSalle Street, Suite 2200<br>Chicago, Illinois 60602<br>(312) 269-8000<br>msher@ngelaw.com<br>tpapadopoulos@ngelaw.com<br>smalia@ngelaw.com<br><br>S. Joseph Formusa<br>**RABENS, FORMUSA & GLASSMAN, LTD.**<br>33 North LaSalle Street, Suite 2800<br>Chicago, Illinois 60602<br>(312) 782-8334<br>(312) 263-6870 (Fax)<br>formusa12@sbcglobal.net |
| *Counsel for BG Investments, Inc. and Bonnie J. Gray*<br><br>*Atlantic Municipal Corporation, Midwest Real Estate Investment Company; Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust and David Gray* | Arthur W. Friedman<br>Stuart M. Widman<br>**MILLER SHAKMAN & BEEM LLP**<br>180 North LaSalle Street, Suite 3600<br>Chicago, Illinois 60601<br>(312) 263-3700<br>(312) 263-3270 (Fax)<br>afriedman@millershakman.com<br>swidman@millershakman.com |
| *Counsel for Wheeler-Dealer, Ltd. and Timothy E. Gray* | William T. Huyck<br>**LAW OFFICE OF WILLIAM THOMAS HUYCK**<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>(312) 427-7500<br>tomhuyck@yahoo.com |
| *Counsel for Robert Jensen, Cronus Projects, LLC, Gregory Ellis, GJ Venture, LLC, and L.C.C. Venture, LLC* | Kevin J. Clancy<br>Martin W. McManaman<br>Patrick R. Moran<br>Deborah R. O'Brien<br>**LOWIS & GELLEN LLP**<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>(312) 364-2500<br>(312)364-1003 (Fax)<br>kclancy@lowis-gellen.com<br>martym@lowis-gellen.com<br>pmoran@lowis-gellen.com<br>dobrien@lowis-gellen.com |

*Counsel for Joseph Varan*

| | |
|---|---|
| *Counsel for Douglas Nash, DRN II, Inc., Jeshay, LLC, and Mud Cats Real Estate, LLC* | Mark F. Wolfe<br>Elise N. Willis, Esq.<br>**TRAUB LIEBERMAN STRAUS & SHREWSBERRY**<br>303 West Madison Street, Suite 1200<br>Chicago, Illinois 60606<br>(312) 332-3900<br>mwolfe@traublieberman.com<br>ewillis@traublieberman.com |
| *Counsel for Non-parties Terry Carter, Greg Reiter and Oak Park Investments, Inc.* | Anthony J. Masciopinto<br>Mark A. Semisch<br>**KULWIN MASCIOPINTO & KULWIN LLP**<br>161 N. Clark Street, Suite 2500<br>Chicago, Illinois 60601<br>(312) 641-0300<br>(312) 855-0350 – (Fax)<br>amasciopinto@kmklawllp.com<br>msemisch@kmklawllp.com<br><br>Jack Oswald<br>40 North Wells Street<br>Chicago, Illinois 60606 |
| *Counsel for G3 Holdings, LLC, Gregory Wilson and Donald Wilson* | E. Bryan Dunigan, III<br>**LAW OFFICES OF E. BRYAN DUNIGAN**<br>221 North LaSalle Street, Suite 1454<br>Chicago, Illinois 60601<br>(312) 857-2114<br>(312) 372-1733 – (Fax)<br>bdunigan@duniganlaw.com<br><br>Mark H. How<br>Mark Frels<br>**HOW FRELS BERMAN ROHDE WOODS & DUKE**<br>2027 Young Street<br>Dallas, Texas 75201<br>(214) 720-2220<br>(214) 720-2240 - Fax |
| *Counsel for Patrick Quinn, Tax Play Inc. and Tax Capital, LLC* | Patrick Joseph Heneghan<br>**SCHOPF & WEISS LLP**<br>One South Wacker Drive, 28th Floor<br>Chicago, Illinois 60606<br>(312) 701-9300<br>(312) 701-9335 (Fax)<br>heneghan@sw.com |

| | |
|---|---|
| *Counsel for Michael f and Gary Branses* | Scott Nelson<br>James R. Quinn<br>Tammy L. Wade<br>**RUFF, WEIDENAAR & REIDY, LTD.**<br>222 N. LaSalle Street, Suite 700<br>Chicago, Illinois 60601<br>(312) 263-3890<br>(312) 263-1345<br>snelson@rwrlaw.com<br>jrquinn@rwrlaw.com<br>tlwade@rwrlaw.com |