IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BCS SERVICES, INC. and PHOENIX BOND & INDEMNITY COMPANY, | ) ) ) |
| Plaintiffs, | ) No. 07 C 1367 ) |
| v. | ) ) |
| HEARTWOOD 88, INC., et al., | ) ) ) |
| Defendants. | |

## NOTICE OF FILING

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on November 5, 2009, we caused to be filed with the Clerk of the Court for the Northern District of Illinois, *Defendants' Motion to Excuse Personal Appearance.*

        **ANTHONY DELAURENTIS**
        **BAMP, LLC**
        **RICHARD TURER**
        **RICHARONY, LLC**

    By:   s/Elisha S. Rosenblum
           Elisha S. Rosenblum, #6225957
           O'Halloran Kosoff Geitner & Cook, LLC
           650 Dundee Road, Suite 475
           Northbrook, Illinois  60062
           (847) 291-0200
           E-mail:  esrosenblum@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BCS SERVICES, INC. and PHOENIX BOND & INDEMNITY COMPANY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| HEARTWOOD 88, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

No. 07 C 1367

## **DEFENDANTS' MOTION TO EXCUSE PERSONAL APPEARANCE**

Defendants, **ANTHONY DELAURENTIS, BAMP, LLC, RICHARD TURER, and RICHARONY, LLC** ("Defendants"), by their attorney, Elisha S. Rosenblum, pursuant to all applicable Federal Rules of Civil Procedure, respectfully request that Mr. Anthony DeLaurentis and Mr. Richard Turer be excused from appearing personally at the settlement conference set for November 16th and November 17th before Judge Valdez. In support of said motion, the Defendants state as follows:

1.      Mr. DeLaurentis resides in Maryland. His wife (Carole DeLaurentis) is gravely ill with severe and complex cardiovascular medical conditions. She has been hospitalized seven times between May-September of 2009, and is currently under the care of several doctors whom she sees at least twice a week in Maryland. Mr. DeLaurentis is her sole caretaker with regard to her medical care, and cannot leave the State of Maryland for any reason at this point in time. Mr. DeLaurentis will be represented by counsel (with final settlement authority) at the settlement conference, and will make himself available by phone at all times required by the Court.

2.      Mr. Turer resides in Ohio. Mr. Turer is currently under the care of Dr. Blair Vermillion in Columbus, Ohio for the treatment of blood clots in his lower extremities. Mr. Turer has been told by his doctor not to travel at this point in time due to this medical condition. Mr. Turer will be represented by counsel (with final settlement authority) at the settlement conference, and will make himself available by phone at all times required by the Court.

Wherefore, based upon the foregoing, Defendants request an order granting this motion.

                                                 **ANTHONY DELAURENTIS, BAMP, LLC**
                                                 **RICHARD TURER, and RICHARONY, LLC**
                                                 By:    s/Elisha S. Rosenblum
                                                           Elisha S. Rosenblum, #6225957
                                                           O'Halloran Kosoff Geitner & Cook, LLC
                                                           650 Dundee Road, Suite 475
                                                           Northbrook, Illinois 60062
                                                           (847) 291-0200
                                                           E-mail: esrosenblum@okgc.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused copies of the foregoing document to be served upon the following individuals by facsimile and by regular U.S. Mail, by depositing the same in the U.S. mail, properly addressed with proper postage prepaid, from 650 Dundee Road, Suite 475, Northbrook, Illinois 60062, on or before the hour of 5:00 p.m. on November 5, 2009.

By:   s/Elisha S. Rosenblum
  Elisha S. Rosenblum, #6225957
  O'Halloran, Kosoff, Geitner & Cook, P.C.
  650 Dundee Road, Suite 475
  Northbrook, Illinois  60062
  (847) 291-0200
  E-mail:  esrosenblum@okgc.com

| | |
|---|---|
| Counsel for Phoenix Bond & Indemnity Co. and BCS Services, Inc. | John W. Moynihan<br>Andrew L. Mathews<br>**REED SMITH LLP**<br>10 South Wacker Drive, Suite 4000<br>Chicago, Illinois 60606<br>(312) 207-1000<br>(312) 207-6400 (Fax)<br>jmoynihan@reedsmith.com<br>amathews@reedsmith.com |
| Counsel for Heartwood 88, LLC, Bank Atlantic Bancorp., Atlantic Municipal Corp., BankAtlantic | Christopher K. Meyer<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>(312) 853-7036 (fax)<br>cmeyer@sidley.com |
| Counsel for Sass Muni-IV, LLC; and Sass Muni-V, LLC; MD Sass Investors Services, Inc.; MD Sass Tax Lien Management LLC; MD Sass Municipal Finance Partners-IV, LLC; MD Sass Municipal Finance Partners-V, LLC; Sass Muni-V, LLC; Vinaya Jessani and Kirk Allison | Theodore M. Becker<br>Richard J. Pearl<br>**MORGAN LEWIS & BOCKIUS LLP**<br>77 West Wacker Drive, 5th Floor<br>Chicago, Illinois 60601<br>(312) 324-1000<br>(312) 324-1001 (Fax)<br>tbecker@morganlewis.com<br>rpearl@morganlewis.com<br>bspurlock@morganlewis.com |

| | |
|---|---|
| **Counsel for Salta Group, Inc., Marshall Atlas** | Elizabeth Monkus<br>Martin F. Hauselman<br>**HAUSELMAN, RAPPIN & OLSWANG, LTD.**<br>39 South LaSalle Street, Suite 1105<br>Chicago, Illinois 60606<br>(312) 372-2020<br>srappin@hrolaw.com<br>emonkus@hrolaw.com<br>mhauselman@hrolaw.com |
| **Counsel for HBZ, Inc., Lori Levinson, Joshua Atlas, Arlene Atlas and Judith Berger** | Athanasios Papadopoulos<br>Sarah Garner Malia<br>**NEAL, GERBER & EISENBERG LLP**<br>Two North LaSalle Street, Suite 2200<br>Chicago, Illinois 60602<br>(312) 269-8000<br>msher@ngelaw.com<br>tpapadopoulos@ngelaw.com<br>smalia@ngelaw.com |
| **Counsel for Wheeler-Dealer, Ltd. and Timothy E. Gray** | William T. Huyck<br>**LAW OFFICE OF WILLIAM THOMAS HUYCK**<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>(312) 427-7500<br>tomhuyck@yahoo.com |
| **Counsel for Robert Jensen, Joseph Varan, Cronus Projects, LLC, Gregory Ellis, GJ Venture, LLC, and L.C.C. Venture, LLC** | Kevin J. Clancy<br>**LOWIS & GELLEN LLP**<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>(312) 364-2500<br>(312)364-1003 (Fax)<br>kclancy@lowis-gellen.com<br>martym@lowis-gellen.com<br>pmoran@lowis-gellen.com |
| **Counsel for Douglas Nash, DRN II, Inc., Jeshay, LLC, and Mud Cats Real Estate, LLC** | Mark F. Wolfe<br>**TRAUB LIEBERMAN STRAUS & SHREWSBERRY**<br>303 West Madison Street, Suite 1200<br>Chicago, Illinois 60606<br>(312) 332-3900<br>mwolfe@traublieberman.com<br>ewillis@traublieberman.com |

| | |
|---|---|
| **Counsel for G3 Holdings, LLC, Gregory Wilson and Donald Wilson** | Mark H. How<br>Mark Frels<br>HOW FRELS BERMAN ROHDE WOODS & DUKE<br>2027 Young Street<br>Dallas, Texas 75201<br>(214) 720-2220<br>(214) 720-2240 – Fax<br>mhow@2027law.com<br>mfrels@2027law.com |
| **Counsel for Patrick Quinn, Tax Play Inc. and Tax Capital, LLC** | Patrick Joseph Heneghan<br>**SCHOPF & WEISS LLP**<br>One South Wacker Drive, 28th Floor<br>Chicago, Illinois 60606<br>(312) 701-9300<br>(312) 701-9335 (Fax)<br>heneghan@sw.com |
| **Counsel for Michael DeLuca and Gary Branse** | Scott Nelson<br>**RUFF, WEIDENAAR & REIDY, LTD.**<br>222 N. LaSalle Street, Suite 700<br>Chicago, Illinois 60601<br>(312) 263-3890<br>(312) 263-1345<br>snelson@rwrlaw.com<br>jrquinn@rwrlaw.com<br>tlwade@rwrlaw.com |
| **Counsel for Defendants John Bridge; Barrett Rochman; Sabre Group, LLC; Jesse Rochman; Corinne Rochman;Christopher Rochman; BRB Investments, LLC; and CCJ Investments, LLC;**<br><br>**SI Securities, LLC; SI Securities Management, Inc.; SI Boo, LLC; CCPI, LLC; Kenneth Rochman; CMS Services, LLC;and Kevin Sierzega; Gregory Bingham, Aztek Partners LLC and Chonus, Inc.** | Donald B. Levine<br>Saskia Nora Bryan<br>Latimer LeVay Jurasek LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, Illinois 60603<br>(312) 422-8000<br>dlevine@lljlaw.com<br>sbryan@lljlaw.com<br><br>Harold L.Moskowitz<br>Law Firm of Harold L. Moskowitz<br>55 West Monroe Street, Suite 1100<br>Chicago, Illinois 60603<br>(312) 977-0223<br>hlmatty@aol.com |