UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

BCS Services, Inc., et al.
                              Plaintiff,

v.                                              Case No.: 1:07−cv−01367
                                                Honorable James F. Holderman

Heartwood 88, Inc., et al.
                              Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 6, 2010:


    MINUTE entry before Honorable James F. Holderman:Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners−IV, LLC, MD Sass Municipal Finance Partners−V, LLC, MD Sass Tax Lien Management, LLC, Sass Muni−IV, LLC, Sass Muni−V, LLC's motion for leave to file excess pages in support of summary judgment [729] is granted. Plaintiffs' motion for voluntary dismissal [733] is granted. Plaintiffs' motion for leave to file excess pages [736] is granted. It is ordered that defendants, Bamp, LLC, Anthony De Laurentis, Richard Turner, Richarony, LLC, G3 Holdings, LLC, Gregory Wilson, Gregory Stec, Donald Wilson, Tax Play, Inc, Tax Capital, LLC and patrick Quinn are dismissed with prejudice and without costs. G3 Holdings, LLC, Patrick Quinn, Richarony, LLC, Gregory Stec, Tax Capital, LLC, Tax Play, Inc., Richard Turner, Donald Wilson, Gregory Wilson, Bamp, LLC and Anthony DeLaurentis terminated. Mailed notice(am, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.