IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BCS SERVICES, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 07 C 1367 |
| | ) Consolidated with No. 05 C 4095 |
| | ) |
| HEARTWOOD 88, LLC, et al., | ) Chief Judge James F. Holderman |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs BCS Services, Inc. and Phoenix Bond & Indemnity Co. move pursuant to Federal Rule of Civil Procedure 41(a)(2) for an order dismissing with prejudice and without costs Defendants Aztek Partners, LLC; Chonus, Inc.; and Gregory Bingham.

Dated: May 19, 2010

                              Respectfully submitted,

                              PLAINTIFFS PHOENIX BOND & INDEMNITY
                              CO. and BCS SERVICES, INC.

                              By:   /s/ Andrew L. Mathews
                                          One of Their Attorneys

                              Lowell E. Sachnoff  (ARDC No. 2438062)
                              Jonathan S. Quinn  (ARDC No. 6200495)
                              John W. Moynihan  (ARDC No. 6212061)
                              Andrew L. Mathews  (ARDC No. 6279672)
                              REED SMITH LLP
                              10 South Wacker Drive, Suite 4000
                              Chicago, IL 60606
                              (312) 207-1000

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010, a copy of the foregoing **Plaintiffs' Motion for Voluntary Dismissal** was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system [or by U.S. Mail, postage pre-paid, to anyone unable to accept electronic filing]. Parties may access the filing through the Court's system.

| | |
|---|---|
| *Counsel for Defendants John Bridge; CCPI, LLC; Kenneth Rochman; BRB Investments, LLC; CCJ Investments, LLC; CMS Services, LLC; Jesse Rochman; Corinne Rochman; Sabre Group, LLC; Barrett Rochman; Christopher Rochman; SI Boo, LLC; SI Securities Management, Inc.; SI Securities, LLC; Kevin Sierzega; Aztek Partners, LLC; Chonus, Inc. and Gregory Bingham* | Harold L. Moskowitz<br>LAW OFFICES OF HAROLD MOSKOWITZ<br>55 West Monroe, Suite 1100<br>Chicago, Illinois 60603<br>(312) 977-0223<br>hlmatty@aol.com<br><br>Donald B. Levine<br>Saskia Nora Bryan<br>LATIMER LEVAY & JURASEK LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, Illinois 60603<br>(312) 422-8000<br>dlevine@lljlaw.com<br>blevay@lljlaw.com<br>sbryan@lljlaw.com |
| *Counsel for Defendants Jeffrey Bridge; Regal One, LLC; Jason Baumbach; Optimum Financial, Inc.; Carpus Investments, LLC; Frances Alexander; and Georgetown Investors, LLC* | Elisha S. Rosenblum<br>Clifford G. Kosoff<br>O'HALLORAN, KOSOFF, GEITNER & COOK, P.C.<br>650 Dundee Road, Suite 475<br>Northbrook, Illinois 60062<br>(847) 291-0200<br>esrosenblum@okgc.com<br>ckosoff@okgc.com |

| | |
|---|---|
| ***Counsel for Defendants Heartwood 88, LLC and BankAtlantic*** | Christopher K. Meyer<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>cmeyer@sidley.com<br><br>Robert A. Holland<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>(213) 896-6000<br>rholland@sidley.com<br><br>Ana T. Barnett<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>(305) 789-3514<br>abarnett@swmwas.com |
| ***Counsel for Defendants Sass Muni–IV, LLC; Sass Muni–V, LLC; MD Sass Investors Services, Inc.; MD Sass Tax Lien Management, LLC; MD Sass Municipal Finance Partners-IV, LLC; MD Sass Municipal Finance Partners-V, LLC; Vinaya Jessani and Kirk Allison*** | Theodore M. Becker<br>James E. Bayles, Jr.<br>Richard J. Pearl<br>Todd E. Domjan<br>MORGAN LEWIS & BOCKIUS LLP<br>77 West Wacker Drive, 5th Floor<br>Chicago, Illinois 60601<br>(312) 324-1000<br>tbecker@morganlewis.com<br>jbayles@morganlewis.com<br>rpearl@morganlewis.com<br>tdomjan@morganlewis.com |

| | |
|---|---|
| ***Counsel for Defendants Salta Group, Inc. and Marshall Atlas*** | Steven Rappin<br>Elizabeth Monkus<br>HAUSELMAN, RAPPIN & OLSWANG, LTD.<br>39 South LaSalle Street, Suite 1105<br>Chicago, Illinois 60603<br>(312) 372-2020<br>srappin@hrolaw.com<br>emonkus@hrolaw.com<br><br>Edward Genson<br>Genson & Gillespie<br>53 West Jackson Boulevard, Suite 1420<br>Chicago, Illinois 60604<br>(312) 726-9015<br>gensongillespie@aol.com |
| ***Counsel for Defendants HBZ, Inc.; Lori Levinson and Judith Berger*** | S. Joseph Formusa<br>RABENS, FORMUSA & GLASSMAN, LTD.<br>33 North LaSalle Street, Suite 2800<br>Chicago, Illinois 60602<br>(312) 782-8334<br>formusa12@sbcglobal.net<br><br>Michael D. Sher<br>Athanasios Papadopoulos<br>Sarah Malia<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, Illinois 60602<br>(312) 269-8000<br>msher@ngelaw.com<br>tpapadopoulos@ngelaw.com<br>smalia@ngelaw.com |
| ***Counsel for Defendants Josh Atlas and Arlene Atlas*** | Michael D. Sher<br>Athanasios Papadopoulos<br>Sarah Malia<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, Illinois 60602<br>(312) 269-8000<br>msher@ngelaw.com<br>smalia@ngelaw.com |

| | |
|---|---|
| ***Counsel for Defendants B G Investments, Inc.; Bonnie J. Gray; Atlantic Municipal Corporation; Midwest Real Estate Investment Company; Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust and David Gray*** | Arthur W. Friedman<br>Edward W. Feldman<br>Stuart M. Widman<br>MILLER SHAKMAN & BEEM LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, Illinois 60601<br>(312) 263-3700<br>afriedman@millershakman.com<br>efeldman@millershakman.com<br>swidman@millershakman.com |
| ***Counsel for Defendants Wheeler-Dealer, Ltd. and Timothy E. Gray*** | William T. Huyck<br>LAW OFFICE OF WILLIAM THOMAS HUYCK<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>(312) 427-7500<br>tomhuyck@yahoo.com |
| ***Counsel for Defendants Michael DeLuca and Gary Branse*** | Scott Nelson<br>Tammy Lynn Wade<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 North LaSalle Street<br>Suite 700<br>Chicago, IL 60601<br>(312) 263-3890<br>snelson@rwrlaw.com<br>tlwade@rwrlaw.com |
| ***Counsel for Defendant Joseph Varan*** | Stephen D. Richek<br>Law Offices of Stephen D. Richek<br>20 N. Clark Street<br>Suite 2450<br>Chicago, IL 60602<br>strichek@aol.com |

By: /s/ Andrew L. Mathews
      One of Plaintiffs' Attorneys

Lowell E. Sachnoff (ARDC No. 2438062)
Jonathan S. Quinn (ARDC No. 6200495)
John W. Moynihan (ARDC No. 6212061)
Andrew L. Mathews (ARDC No. 6279672)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
(312) 207-1000

US_ACTIVE-103761929.1

- 6 -