# United States District Court
## Northern District of Illinois
### Eastern Division

BCS Service                                **JUDGMENT IN A CIVIL CASE**

       v.                                       Case Number: 07 C 1367

Heartwood

X      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED judgment is entered as follows: that 07 C 1367 Counts 1 & 5 (RICO): In favor of plaintiffs, against defendants MD Sass Investors Servs., Inc.; MD Sass Tax Lien Mgmt., LLC; MD Sass Muni. Fin. Partners-IV, LLC; MD Sass Muni Fin. Partners-V, LLC; Sass-Muni IV, LLC; Sass-Muni V, LLC; Vinaya Jessani; Kirk Allison; BG Investments, Inc.; Bonnie Gray; David Gray; Midwest Real Estate Inv. Co.; Midwest Real Estate Inv. Co. Profit Sharing Plan and Trust; and Atlantic Muni. Corp..

07 C 1367 Counts 2 & 6 (RICO conspiracy):
In favor of plaintiffs, against defendants MD Sass Investors Servs., Inc.; MD Sass Tax Lien Mgmt., LLC; MD Sass Muni. Fin. Partners-IV, LLC; MD Sass Muni Fin. Partners-V, LLC; Sass-Muni IV, LLC; Sass-Muni V, LLC; Vinaya Jessani;; BG Investments, Inc.; David Gray; Midwest Real Estate Inv. Co.; Midwest Real Estate Inv. Co. Profit Sharing Plan and Trust; and Atlantic Muni. Corp., and in favor of defendants Kirk Allison and Bonnie Gray against plaintiffs.

07 C 1367 Count 7 (tortious interference):
In favor of plaintiffs, against defendants MD Sass Investors Servs., Inc.; MD Sass Tax Lien Mgmt., LLC; MD Sass Muni. Fin. Partners-IV, LLC; MD Sass Muni Fin. Partners-V, LLC; Sass-Muni IV, LLC; Sass-Muni V, LLC; Kirk Allison; Vinaya Jessani; BG Investments, Inc.; David Gray; Midwest Real Estate Inv. Co.; Midwest Real Estate Inv. Co. Profit Sharing Plan and Trust; and Atlantic Muni. Corp., and in favor of defendant Bonnie Gray against plaintiffs.

                                 Thomas G. Bruton, Clerk of Court

Date: 1/25/2012                              _____
                                                   /s/ Olga Rouse, Deputy Clerk