# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 28, 2013

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 13-1435
>
> Caption:
> PHOENIX BOND & INDEMNITY COMPANY, et al.,
>  Plaintiffs - Appellees
>
> v.
>
> MD SASS INVESTORS SERVICES, INCORPORATED, et al.,
> Defendants - Appellants

> District Court No: 1:05-cv-04095
> District Judge Matthew Kennelly
> Court Reporter Laura Brennan
> Clerk/Agency Rep Thomas Bruton
> Date NOA filed in District Court: 02/27/2013
> District Court No: 1:07-cv-01367
> District Judge Matthew Kennelly
> Court Reporter Laura Brennan
> Clerk/Agency Rep Thomas Bruton
> Date NOA filed in District Court: 02/27/2013

If you have any questions regarding this appeal, please call this office.